Hon. Robert S. Lasnik

Brian J. Waid
Waid Law Office
4847 California Ave. SW, Suite 100
Seattle, Washington 98116
(206) 388-1926

13-CV-01314-CLM

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RHEGAN PATRICK, and GRIFFIN PATRICK,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES S. ROGERS d/b/a Law Office of James S. Rogers,<br><br>Defendant. | CASE NO. 13-cv-01314-RSL<br><br>[PROPOSED]<br>ORDER CONSOLIDATING THIS CASE AND CASE NO. 13-cv-01319-RSM<br><br>NOTED FOR HEARING:<br>September 5, 2013 |

This matter came on for hearing, without oral argument on the parties' Stipulation to consolidate this case and Case No. 13-cv-01319-RSM, also pending in this District. The Court having considered the parties' Stipulation and the pleadings filed in both cases,

IT IS ORDERED that parties' Stipulation is GRANTED, and this

[PROPOSED] Order Granting Stipulation to Consolidate
Page 1 of 3

WAID LAW OFFICE
4847 California Ave. SW, Suite100
SEATTLE, WA 98116
206-388-1926

1  case is hereby consolidated with Case no. 13-cv-01319-RSM, for all

2  purposes.

3  IT IS FURTHER ORDERED that all future pleadings in Case no.

4  13-cv-01319-RSM shall be filed into the Court Record in Case no. 13-cv-

5  01314-RSL, and that the Clerk of Court take all steps necessary to

6  accomplish the consolidation.

7  IT IS FURTHER ORDERED this consolidation is without prejudice

8  to the parties' right to seek re-alignment and/or re-designation of the parties

9  as Plaintiff(s) or Defendant(s) at a later date.

Order entered this 10th day of September, 2013 at Seattle,

Washington.

_____
HON. ROBERT S. LASNIK, JUDGE

APPROVED

WAID LAW OFFICE

BY:   /s/ Brian J. Waid
      BRIAN J. WAID
      WSBA No. 26038
      bjwaid@waidlawoffice.com
      Telephone: 206-388-1926
      Attorneys for Plaintiffs in Case no. 13-cv-01314
      and Attorneys for Defendants in Case no. 13-cv-01319

[PROPOSED] Order Granting Stipulation to
Consolidate
Page 2 of 3

WAID LAW OFFICE
4847 California Ave. SW, Suite100
SEATTLE, WA 98116
206-388-1926